NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARLOS A. ALFORD,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1783

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00040-LAS, Senior Judge Loren A. Smith.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                                    ALFORD V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

August 16, 2022
       Date                                    /s/ Peter R. Marksteiner
                                               Peter R. Marksteiner
                                               Clerk of Court

**ISSUED AS A MANDATE:** August 16, 2022